| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | RAYMOND W. BERTRAND (SB# 220771) |
| 2 | raymondbertrand@paulhastings.com |
| | CATHERINE E. CAOUETTE (SB# 234714) |
| 3 | catherinecaouette@paulhastings.com |
| | 3579 Valley Centre Drive |
| 4 | San Diego, CA 92130 |
| | Telephone: (858) 720-2500 |
| 5 | Facsimile: (858) 720-2555 |

FILED
08 FEB 21 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:             DEPUTY

Attorneys for Defendant
MOTHERS WORK, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM, | Case No. 08 CV 0340 JLS RBB |
| Plaintiff, | (San Diego County Superior Court Case No. 37-2008-00076083-CU-WT-CTL) |
| vs. | **DECLARATION OF CATHERINE CAOUETTE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, | |
| Defendant. | |

ORIGINAL

LEGAL_US_W # 58062017.1

I, Catherine Caouette, declare and state as follows:

1. I am an attorney licensed by the Bar of the State of California, and I am admitted to practice before this Court. I am an Associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Defendant MOTHERS WORK, INC. ("Petitioner/Defendant") in this action, and I am one of the attorneys responsible for the defense of this action. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called to testify under oath, could and would testify competently thereto.

2. On January 25, 2008, Petitioner/Defendant (via their agent for process, CT Corporation System) was served with a Complaint, apparently filed by Plaintiff WISLAWA ROSENBLUM on January 17, 2008, in the Superior Court of the State of California for the County of San Diego. The Complaint is entitled *WISLAWA B. ROSENBLUM, Plaintiff, v. MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, Defendant,* and designated as Case No. 37-2008-00076083-CU-WT-CTL. A true and correct copy of the Complaint and Service of Process Transmittal in the form received by Petitioner/Defendant on January 25, 2008, is attached hereto as Exhibit A. This copy is the first and only pleading received by Petitioner/Defendant through service or otherwise.

3. On February 19, 2008, Petitioner/Defendant filed and served their Answer to Plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as Exhibit B.

4. I am informed and believe that Plaintiff is now, and was at the time this action commenced, a citizen of the State of California within the meaning of 28 U.S.C. Section 1332(a), because her place of residence is within the State of California. Plaintiff was until recently an employee of Petitioner/Defendant Mothers Work, Inc. and supplied it with an address located in the State of California. Plaintiff stated in her Complaint that she resides in San Diego County, California. *See* Exhibit A at ¶ 1.

5. I am informed and believe and that Petitioner/Defendant Mothers Work, Inc. was at the time this action was commenced, a citizen of the State of Delaware and the Commonwealth of Pennsylvania within the meaning of 28 U.S.C. Section 1332(c)(1), because it is now and was at all material times incorporated under the laws of the State of Delaware, and

LEGAL_US_W # 58062017.1

-2-

1  maintains, and at all material times maintained, its principal place of business in the
2  Commonwealth of Pennsylvania.
3          6.      In this action, Plaintiff asserts seven causes of action: wrongful
4  termination: retaliation for refusal to participate in unlawful discrimination FEHA; employment
5  discrimination: disparate treatment based on age-FEHA; wrongful termination in violation of
6  public policy; breach of contract; breach of the covenant of good faith and fair dealing;
7  negligence; intentional infliction of emotional distress. I am informed and believe that Plaintiff's
8  remuneration for 2007 was in excess of $75,000. Plaintiff seeks "compensatory damages
9  including lost wages, earnings, overtime, earned bonuses, retirement benefits and other employee
10 benefits." She also seeks the cost of obtaining a business degree, emotional distress damages, and
11 punitive damages. Finally, Plaintiff seeks an award of attorneys' fees. That the amount in
12 controversy exceeds $75,000 is not in dispute.
13         7.      True and correct copies of Defendants' Notice to Adverse Party of
14 Removal and Defendant's Notice to Superior Court of Removal of Civil Action to Federal Court
15 are attached hereto as Exhibits C and D, respectively. Pursuant to 28 U.S.C. § 1446(d), promptly
16 after filing this Notice of Removal, Defendant will serve a written Notice of Removal to the
17 adverse party and file a copy of this Notice of Removal to the United States District Court for the
18 Southern District of California with the Clerk of the Superior Court of the State of California for
19 the County of San Diego. Proofs of service of these Notices will be filed with this Court shortly
20 after the Superior Court filing and service upon the adverse party are accomplished.
21         I declare under penalty of perjury under the laws of the United States of America
22 and the State of California that the foregoing is true and correct. Executed this 21 day of
23 February, 2008, in San Diego, California.

                                    *Catherine Caouette* (signature)
                                    Catherine Caouette

1
2
3
4
5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. _____

TABLE OF CONTENTS TO EXHIBITS TO
DECLARATION OF CATHERINE CAOUETTE IN SUPPORT OF
MOTHERS WORK, INC.'S NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT

| Exhibit | Page(s) | Description |
|---------|---------|-------------|
| A | 5-28 | Plaintiff's Complaint |
| B | 29-37 | Defendant's Answer to Plaintiff's Complaint |
| C | 38-39 | Notice to Adverse Party of Removal of Civil Action to Federal Court by Defendant Mothers Work, Inc. |
| D | 40-41 | Notice to Superior Court of Removal of Civil Action to Federal Court by Defendant Mothers Work, Inc. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 58062017.1                               -4-