```
PAUL, HASTINGS, JANOFSKY & WALKER LLP
RAYMOND W. BERTRAND (SB# 220771)
raymondbertrand@paulhastings.com
CATHERINE E. CAOUETTE (SB# 234714)
catherinecaouette@paulhastings.com
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555
```

FILED
08 FEB 21 PM 4:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendant
MOTHERS WORK, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM,<br><br>Plaintiff,<br><br>vs.<br><br>MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. '08 CV 0340 JLS RBB<br><br>(San Diego County Superior Court Case No. 37-2008-00076083-CU-WT-CTL)<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

LEGAL_US_W # 58078106.1

ORIGINAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF WISLAWA B. ROSENBLUM AND HER ATTORNEYS OF RECORD, DAVID ROSENBERG, ANNETTE FARNAES, AND THE LAW OFFICES OF ROSENBERG, SHPALL & ASSOCIATES:

PLEASE TAKE NOTICE THAT the undersigned, counsel of record for Defendant MOTHERS WORK, INC., certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff Wislawa B. Rosenblum
2. Defendant Mothers Work, Inc.

DATED: February 21, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
RAYMOND W. BERTRAND
CATHERINE E. CAOUETTE

By: /s/ Raymond W. Bertrand
RAYMOND W. BERTRAND

Attorneys for Defendant
MOTHERS WORK, INC.

LEGAL_US_W # 58078106.1

-2-

## PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss:
CITY AND COUNTY OF SAN DIEGO )

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 3579 Valley Centre Drive, San Diego, California 92130.

On February 21, 2008, I served the foregoing document(s) described as:

**NOTICE OF PARTIES WITH FINANCIAL INTEREST**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **VIA OVERNIGHT MAIL:**

VIA UPS OVERNIGHT: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on February 21, 2008 with postage thereon fully prepaid, at San Diego, California.

☐ **BY PERSONAL SERVICE:**
I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on February 21, 2008, at San Diego, California.

_____
Judy Johns

LEGAL_US_W # 58076163.1

## SERVICE LIST

| | |
|---|---|
| David Rosenberg, Esq.<br>Annette Farnaes, Esq.<br>Rosenberg, Shpall & Associates<br>Wells Fargo Plaza<br>401 "B" Street<br>Suite 2209<br>San Diego, CA 92101<br>Tel.: (619) 232-1826<br>Fax: (619) 232-1859<br>Attorneys for Plaintiff<br>Wislawa B. Rosenblum | **VIA U.S. MAIL** |

LEGAL_US_W # 58076163.1

PROOF OF SERVICE