## PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On February 22, 2008, I served:

**AMENDED NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT; AMENDED DECLARATION OF CATHERINE CAOUETTE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on February 22, 2008.

/s/ Judy Johns
JUDY JOHNS

LEGAL_US_E # 74858694.1                              CASE NO. 08 CV 0340 JLS (RBB)

## SERVICE LIST

David Rosenberg, Esq.
Annette Farnaes, Esq.
Rosenberg, Shpall & Associates
401 "B" Street
Suite 2209
San Diego, CA  92101
Tel. (619) 232-1826
Fax (619) 232-1859
Attorneys for Plaintiff
Wislawa B. Rosenblum


\*   Denotes service via CM/ECF System

\*\*  Denotes service via U.S. Mail

LEGAL_US_W # 58066833.1                                    CASE NO. 08 CV 0340 JLS (RBB)