| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | RAYMOND W. BERTRAND (SB# 220771) |
| 2 | raymondbertrand@paulhastings.com |
| | CATHERINE E. CAOUETTE (SB# 234714) |
| 3 | catherinecaouette@paulhastings.com |
| | 3579 Valley Centre Drive |
| 4 | San Diego, CA 92130 |
| | Telephone: (858) 720-2500 |
| 5 | Facsimile: (858) 720-2555 |
| 6 | Attorneys for Defendant |
| | MOTHERS WORK, INC. |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM, | Case No. 08-CV-0340 JLS (RBB) |
| Plaintiff, | (San Diego County Superior Court Case No. 37-2008-00076083-CU-WT-CTL) |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, | |
| Defendant. | |

LEGAL_US_W # 58291161.1                                                   CASE NO. 08-CV-0340 JLS (RBB)

1  TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:

2        Defendant MOTHERS WORK, INC. ("MOTHERS WORK") hereby requests that

3  the Court update its records to reflect that the following are the correct attorneys of record for

4  MOTHERS WORK in the above referenced action:

5        Raymond W. Bertrand, Esq.
      Catherine E. Caouette, Esq.
6        Paul, Hastings, Janofsky & Walker LLP
7        3579 Valley Centre Drive
      San Diego, CA 92130
8        Telephone: (858) 720-2500
      Facsimile: (858) 720-2555
9

10  DATED: March 3, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                         RAYMOND W. BERTRAND
11                                                CATHERINE E. CAOUETTE

12

13                                       By: _____
14                                                   CATHERINE CAOUETTE

15                                     Attorneys for Defendant
                                   MOTHERS WORK, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On March 3, 2008, I served:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on March 3, 2008.

/s/ Judy Johns
JUDY JOHNS

LEGAL_US_E # 74858694.1                                    CASE NO. 08 CV 0340 JLS (RBB)

## SERVICE LIST

David Rosenberg, Esq.*
Annette Farnaes, Esq.
Rosenberg, Shpall & Associates
401 "B" Street
Suite 2209
San Diego, CA 92101
Tel. (619) 232-1826
Fax (619) 232-1859
Attorneys for Plaintiff
Wislawa B. Rosenblum


\*    Denotes service via CM/ECF System

\*\*  Denotes service via U.S. Mail

LEGAL_US_W # 58066833.1

CASE NO. 08 CV 0340 JLS (RBB)