RECEIVED FEB 12 2008

1 CHRISTOPHER B. CATO (SBN: 155324)
SHAUNA L. DURRANT (SBN: 228489)
2 GORDON & REES LLP
101 W. Broadway, Suite 2000
3 San Diego, CA 92101
Telephone: (619) 696-6700
4 Facsimile: (619) 696-7124

5 Attorneys for Defendant
IP MOBILENET, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| SHANE M. FITZGERALD, | CASE NO. 07CC04749 |
| Plaintiff, | **DEMAND FOR EXCHANGE OF EXPERT WITNESS INFORMATION** |
| vs. | Judge: Hon. Peter J. Polos |
| IP MOBILENET, INC., a California corporation, and DOES 1 through 30, inclusive, | Dept.: C27 |
| Defendants. | Complaint filed: 04/09/07<br>Trial Date: April 21, 2008 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Defendant IP MOBILENET, Inc. ("Defendant") demands pursuant to California Code of Civil Procedure, section 2034.220, that all parties to this action exchange:

1. A list containing the name and address of each person whose expert opinion testimony that party expects to offer at trial, including any treating medical providers, whether orally or by deposition testimony; and

2. An expert witness declaration complying with California Code of Civil Procedure section 2034.260, for each person who is designated as a retained expert pursuant to that code section.

Demand is also made for the identification, production, inspection and copying of all discoverable reports, writings, and documents, including any photographic or audio-visual evidence, if any, made by each expert identified in the above-referenced declaration in the course

DEMAND FOR EXCHANGE OF EXPERT WITNESS INFORMATION

1  of preparing that expert's opinion.

2      The time and date for the exchange of information and production of reports and other
3  documents shall be 10:00 a.m. on March 3, 2008. The place for such exchange and production
4  shall be Gordon & Rees, LLP, 101 West Broadway, Suite 2000, San Diego, California 92101.

6  Dated: 2/11/08

    GORDON & REES LLP

    By: *Shauna Durrant*
    Christopher B. Cato
    Shauna L. Durrant
    Attorneys for Defendant
    IP MOBILENET, INC.

DEMAND FOR EXCHANGE OF EXPERT WITNESS INFORMATION

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

| ORANGE COUNTY SUPERIOR COURT | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):    Telephone No.<br>Christopher B. Cato, Esq. (SBN: 155324)   Tel: (619) 696-6700<br>GORDON & REES, LLP                                Fax: (619) 696-7124<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>SHANE M. FITZGERALD v. IP MOBILENET, INC. | ICJ: DENNIS S. CHOATE<br>DEPT: C26 |
| ATTORNEYS FOR<br>Defendant IP MOBILENET, INC. | Case No. 07CC04749 |

# PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101. On February 11, 2008 I served the following document:

1. DEMAND FOR EXCHANGE OF EXPERT WITNESS INFORMATION

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

David Rosenberg, Esq.
Annette Farnaes, Esq.
Rosenberg, Shpall & Associates
401 B Street, Suite 2209
San Diego, CA 92101
(619) 232-1826 / Fax: (619) 232-1859
Attorneys for Plaintiff Shane Fitzgerald

( X ) **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

(   ) **BY FAX.** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

(   ) **BY PERSONAL SERVICE.** I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

(   ) **PERSONAL SERVICE BY CAUSE.** I caused said documents to be hand-delivered to the addressee on February 11, 2008, pursuant to Code of Civil Procedure §1011.

(   ) **BY FEDERAL EXPRESS.** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2008.

Julie L. DeVercelly

MNTR/1043340/2431967v.1