```
DAVID ROSENBERG, ESQ. (SBN 99105)
ANNETTE FARNAES, ESQ. (SBN 128701)
ROSENBERG, SHPALL & ASSOCIATES
WELLS FARGO PLAZA
401 "B" Street, Suite 2209
San Diego, California 92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859
```

Attorneys for Plaintiff, WISLAWA B. ROSENBLUM

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM, | Case No: 08 CV 0340 JLS (RBB) |
| Plaintiff, | **PLAINTIFF WISLAWA B. ROSENBLUM'S DEMAND FOR JURY TRIAL** |
| v. | |
| MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, | |
| Defendant. | |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff WISLAWA B. ROSENBLUM, hereby requests a jury trial.

Respectfully Submitted:

ROSENBERG, SHPALL & ASSOCIATES, APLC

Dated: February 27, 2008

*[signature]*

Annette Farnaes, Attorney for Plaintiff
WISLAWA B. ROSENBLUM

-1-
*Plaintiff's Demand for Jury Trial*