1  DAVID ROSENBERG, ESQ. (SBN 99105)
   ANNETTE FARNAES, ESQ. (SBN 128701)
2  **ROSENBERG, SHPALL & ASSOCIATES**
   WELLS FARGO PLAZA
3  401 "B" Street, Suite 2209
   San Diego, California 92101
4  Telephone: (619) 232-1826
   Facsimile: (619) 232-1859
5

6  Attorneys for Plaintiff, WISLAWA B. ROSENBLUM

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 WISLAWA B. ROSENBLUM,            )   Case No: 08 CV 0340 JLS (RBB)
                                    )
11              Plaintiff,           )   PROOF OF SERVICE
                                    )
12 v.                               )
                                    )
13 MOTHERS WORK, INC., a Delaware   )
   Corporation, and DOES 1 through 30, )
14 inclusive,                       )
                                    )
15              Defendant.           )
                                    )
16                                  )
                                    )
17 _____  )

18     I, Laura M. Harter, certify that I am, and at all times during the service of process was, not less than

19 18 years of age and not a party to the matter concerning which service of process was made. I further certify

20 that on March 4, 2008, I served a copy of the following document(s):

21     **PLAINTIFF WISLAWA B. ROŠENBLUM'S DEMAND FOR JURY TRIAL**

22 on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as

23 follows:

24
   Raymond W. Bertrand, Esquire
25 Catherine E. Caouette, Esquire
   **PAUL, HASTINGS, JANOFSKY & WALKER, LLP**
26 3579 Valley Centre Drive
   San Diego, California 92130
27

28 ///

-1-
PROOF OF SERVICE

1  __X__  **BY E-FILE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the addressee listed above and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM-ECF participants.

__X__  **MAIL**: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practices of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

___  **OVERNIGHT DELIVERY SERVICE**: I caused such document(s) to be delivered via Federal Express in a package designated by Federal Express with delivery fees provided for the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be picked up by an employee of Federal Express.

___  **FACSIMILE**: I caused such document(s) to be served via facsimile on the interested parties at their designated facsimile numbers. The facsimile numbers used complied with California Rules of Court, Rule 2003 and no error was reported by the machine. Pursuant to the California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission.

___  **HAND-DELIVERY**: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be hand-delivered to the addressee(s) as designated via KNOX ATTORNEY SERVICE.

__X__  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction, service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of March, 2008 at San Diego, California.

Laura M. Harter

-2-
PROOF OF SERVICE