## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROSENBLULM v. MOTHERS WORK                         Case No. 08cv0340 JLS(RBB)
                                                   **Time Spent: 1 hr. 45 mins.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                       Rptr.

                                Attorneys
           Plaintiffs                                 Defendants

David Rosenberg (present)                  Raymond Bertrand (present)
Aneta Farnaes (present)                    Catherine Caouette (present)


PROCEEDINGS:    x   In Chambers       ___   In Court       ___  Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for September 11, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**


DATE: March 20, 2008          IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Sammartino                               INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\ROSENBLUM0340\MINUTE01.wpd