DAVID ROSENBERG, ESQ. (SBN 99105)
ANNETTE FARNAES, ESQ. (SBN 128701)
**ROSENBERG, SHPALL & ASSOCIATES**
WELLS FARGO PLAZA
401 "B" Street, Suite 2209
San Diego, California 92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859

Attorneys for Plaintiff, WISLAWA B. ROSENBLUM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM,<br><br>Plaintiff,<br><br>v.<br><br>MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No: 08 CV 0340 JLS (RBB)<br><br>**PLAINTIFF WISLAWA B. ROSENBLUM'S INITIAL DISCLOSURES** |

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1), Plaintiff WISLAWA B. ROSENBLUM discloses the following information.

1. The following individuals are likely to have discoverable information that Plaintiff may use to support her claims with respect to the nature of the working relationship between Plaintiff and Defendant and/or the circumstances surrounding Plaintiff's termination of employment with Defendant and/or Plaintiff's claim of retaliation based on discrimination. The following individuals are believed to be current and/or former employees of Defendant and Plaintiff has no further information at this time as to the current location of the following individuals:

a. Karla Ramos

b. Jocelyn Kiaye Barymore

   c. Norma Hyde

   d. Azalea Solo

   e. Jewel Johnson

   f. Monique Soto

   g. Dana Wozniak

   h. Chin Li

   i. Patty Mara

   j. Alexis Black

   k. Scott Gearhart

      2.    Copies of all unprivileged documents in the possession, custody or control of the Plaintiff that Plaintiff may use to support her claims have been provided to defense counsel. The copies have been numbered WR0001 through WR0063 and WR0068 through WR0119.

      3.    Plaintiff is seeking several categories of damages as a result of the claims in her complaint.

Plaintiff is seeking emotional distress damages that arise as a result of discrimination and wrongful termination. Medical services have been provided with respect to these damages and damages are continuing. The medical records provided pertaining to the medical services are numbered WR0112 through WR0114.

Plaintiff is also seeking compensatory damages for lost wages as a result of her termination. The amount of these damages will be calculated by an economic expert and said expert has not yet been retained by Plaintiff.

Plaintiff's claims for punitive damages, attorney's fees, interest and costs of suit cannot be computed at this time.

As to Plaintiff's claim for damages pertaining to overtime earned, bonuses, retirement benefits and other employment benefits, Plaintiff cannot compute such damages until such time as Plaintiff has received through the disclosure and/or discovery process the relevant documentation from the Defendant as to the nature of benefits and programs provided to other similarly situated employees and the terms conditions of said plans. Upon receipt of said documents, Plaintiff will

retain an expert economic witness to compile the amount of damages claims for the improper denial and exclusion of benefits.

Included with the documents described in paragraph 2 above, are any unprivileged documents and other evidentiary material in Plaintiff's possession, custody, or control that may arguably relate to Plaintiff's damage claims. There are no other documents in Plaintiff's possession, custody or control at this time on which Plaintiff's damage computations are based.

4. Plaintiff has no insurance policies pertinent to the claims made against the Defendant by Plaintiff.

I certify that to the best of my knowledge, information and belief, formed after inquiry that is reasonable under the circumstances, that this disclosure is complete and correct as of this time.

Respectfully Submitted:

ROSENBERG, SHPALL & ASSOCIATES, APLC

Dated: April 28, 2008

Annette Farnaes, Attorney for Plaintiff
WISLAWA B. ROSENBLUM

<u>*PROOF OF SERVICE*</u>

I, Laura M. Harter, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on April 28, 2008, I served a copy of the following document(s):

PLAINTIFF WISLAWA B. ROSENBLUM'S INITIAL DISCLOSURES

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

Raymond W. Bertrand, Esquire
Catherine E. Caouette, Esquire
**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**
3579 Valley Centre Drive
San Diego, California 92130

__X__ **BY E-FILE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the addressee listed above and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM-ECF participants.

__X__ **MAIL**: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practices of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____ **OVERNIGHT DELIVERY SERVICE**: I caused such document(s) to be delivered via Federal Express in a package designated by Federal Express with delivery fees provided for the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be picked up by an employee of Federal Express.

____ **FACSIMILE**: I caused such document(s) to be served via facsimile on the interested parties at their designated facsimile numbers. The facsimile numbers used complied with California Rules of Court, Rule 2003 and no error was reported by the machine. Pursuant to the California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission.

____ **HAND-DELIVERY**: I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be hand-delivered to the addressee(s) as designated via KNOX ATTORNEY SERVICE.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction, service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of April, 2008 at San Diego, California.

*Laura M. Harter*
Laura M. Harter

-2-
PROOF OF SERVICE