1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   RAYMOND W. BERTRAND (SB# 220771)
2  raymondbertrand@paulhastings.com
   CATHERINE E. CAOUETTE (SB# 234714)
3  catherinecaouette@paulhastings.com
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  Attorneys for Defendant
   MOTHERS WORK, INC.
7
   ROSENBERG, SHPALL & ASSOCIATES
8  DAVID ROSENBERG (SB# 99105)
   rsalaw@yahoo.com
9  ANNETTE FARNAES (SB# 128701)
   afrsalaw@yahoo.com
10 Wells Fargo Plaza
   401 B Street, Suite 2209
11 San Diego, CA  92101
   Telephone:  (619) 232-1826
12 Facsimile:  (619) 232-1859

13 Attorneys for Plaintiff
   WISLAWA B. ROSENBLUM
14

15                  UNITED STATES DISTRICT COURT

16              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

| 18 | WISLAWA B. ROSENBLUM, | Case No. 08-CV-0340 JLS (RBB) |
|---|---|---|
| 19 | Plaintiff, | |
| 20 | vs. | **JOINT MOTION FOR STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 21 | MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive, | |
| 22 | | |
| 23 | Defendant. | |

LEGAL_US_W # 58464454.1                          CASE NO. 08-CV-0340 JLS (RBB)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the appearing parties in the above-entitled action, that the above-entitled action be dismissed with prejudice.  Accordingly, the parties hereby move the Court to grant this Joint Motion for Stipulated Dismissal of Entire Action With Prejudice.

> David Rosenberg, Esq.
> Rosenberg, Shpall & Associates
> 401 B Street, Suite, 2209
> San Diego, CA  92101
> Tel:  (619) 232-1826
> Email:  rsalaw@yahoo.com
>     Counsel for Plaintiff
>
> Raymond W. Bertrand, Esq.
> Paul, Hastings, Janofsky & Walker LLP
> 3579 Valley Centre Drive
> San Diego, CA  92130
> Tel:  (858) 720-2500
> Email:  raymondbertrand@paulhastings.com
>     Counsel for Defendant

DATED:  June 30, 2008            ROSENBERG, SHPALL & ASSOCIATES
                                 DAVID ROSENBERG
                                 ANNETTE FARNAES


                                 By:   /s/ David Rosenberg
                                          ANNETTE FARNAES

                                 Attorneys for Plaintiff
                                 WISLAWA B. ROSENBLUM

DATED:  June 23, 2008            PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 RAYMOND W. BERTRAND
                                 CATHERINE E. CAOUETTE


                                 By:   /s/ Raymond W. Bertrand
                                          RAYMOND W. BERTRAND

                                 Attorneys for Defendant
                                 MOTHERS WORK, INC.