**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ROSENBLULM v. MOTHERS WORK                          Case No. 08cv0340 JLS(RBB)
                                                    **Time Spent:**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                         Rptr.

                              Attorneys
         Plaintiffs                          Defendants

David Rosenberg                          Raymond Bertrand
Aneta Farnaes                            Catherine Caouette


PROCEEDINGS:   ____ In Chambers   ____ In Court   ____ Telephonic

The settlement conference on September 11, 2008, at 2:00 p.m. is vacated.

The joint motion for dismissal was filed on July 1, 2008.

DATE: July 2, 2008           IT IS SO ORDERED:   _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Sammartino                     INITIALS: VL (mg/irc) Deputy
     All Parties of Record