UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISLAWA B. ROSENBLUM,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOTHERS WORK, INC., a Delaware Corporation, and DOES 1 through 30, inclusive,<br><br>        Defendant. | Case No. 08-CV-0340 JLS (RBB)<br><br>**ORDER: GRANTING JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE** |

**ORDER**

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint motion to dismiss this action with prejudice.

IT IS SO ORDERED.

Dated: July 7, 2008

*Janis L. Sammartino*
The Honorable Janis L. Sammartino
United States District Court Judge

CASE NO. 08-CV-0340 JLS (RBB)